

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD  SUITE 402  WOODBURY, NY 11797
TELEPHONE: 516.712.4000  FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

May 26, 2009

**VIA ECF**

Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227
Brooklyn, New York 11201

    Re: *Christopher A. O'Connor v. Gemini Asset Recoveries, Inc., et al.*
        Index No.    :    09 Civ 01180
        Our File No.    :    248-6391

Dear Honorable Judge Matsumoto:

    This law firm has been retained to represent *Gemini Asset Recoveries, Inc.* in the above-referred matter. Gemini Asset Recoveries, Inc.'s answer was due on May 20, 2009. In our attempt to avoid a default we contacted the office of plaintiff's counsel during which we obtained his consent to extend the time for *Gemini Asset Recoveries, Inc.* to respond to Summons and Complaint. In this regard, we respectfully request from you, an order granting *Gemini Asset Recoveries, Inc* an extension of time to respond to the summons and complaint up to June 19, 2009, and attached a Stipulation reflecting the same to be "so ordered".

    Thank you for your courtesies with respect to this matter.

                                      Respectfully submitted,

                                      MILBER MAKRIS PLOUSADIS
                                      & SEIDEN, LLP

                                      Tricia T. Campbell
                                      Case Intake Paralegal

Enc.

Cc: Ahmad Keshavarz, Esq. *(Via ECF and Facsimile 877-496-7809)*