## Garcia & Stallone

ATTORNEYS AND COUNSELLORS AT LAW
GREENWAY PLAZA OFFICE PARK
135 PINELAWN ROAD, SUITE 220N, MELVILLE, N.Y. 11747-3160
(631) 249-6644
FACSIMILE
(631) 249-6686
E-MAIL
INFO@GARCIASTALLONE.COM

JOSEPH F. GARCIA°
JOSEPH A. STALLONE
KARL ZAMURS
JOSEPH T. GARCIA

RAYMOND A. CORLETO
ERIC N. BAILEY

°ADMITTED IN FLORIDA

OF COUNSEL
ROBERT T. SYLVAN

June 19, 2009

United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Attention:   Chambers of Hon. Kiyo A. Matsumoto
             United States District Judge

      *Re:*   *O'Connor V. Gemini Asset Recoveries, Inc. and Cohen & Slamowitz, LLP*

Honorable Judge Matsumoto:

Enclosed please find the stipulation extending the defendants' time to answer, as well as a consent to change attorney. Kindly *so-order* the stipulation and consent to change attorney. The answer is being served and filed as of this date.

Thank you for your attention and cooperation with respect to the foregoing.

Very truly yours,

*Karl Zamurs*
KARL ZAMURS

KZ/zmb
Enclosures