

**MMP&S**
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

July 7, 2009

**VIA ECF**

Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 456 North
Brooklyn, New York  11201

      Re:   *Christopher A. O'Connor v. Gemini Asset Recoveries, Inc., et al.*
            Index No.         :   09 Civ 01180
            Our File No.     :   248-6391

Dear Magistrate Judge Orenstein:

    This firm currently represents defendant *Gemini Asset Recoveries, Inc.* in the above matter. Pursuant to Your Honor's rules, and Local Rule 1.4, we are, along with this letter, electronically filing a Motion to Withdraw As Counsel For Defendant Gemini Asset Recoveries, Inc.

    We note that Your Honor's rules require that all motions be fully briefed before they are filed. To that end, we note that counsel for all parties have had an opportunity to review the motion, and have advised the undersigned that no opposition will be submitted thereto. Accordingly, the motion is fully briefed, and is submitted unopposed.

                                          Respectfully submitted,

                                          Susan J. Stromberg (SS-8954)

cc (Via Facsimile and ECF):
        Ahmad Keshavarz, Esq.
        16 Court Street, Suite 2600
        Brooklyn, New York  11241-026

        Karl Zamurs, Esq.
        Garcia & Stallone
        135 Pinelawn Road, Suite 220N
        Melville, New York  11747