# AHMAD KESHAVARZ

*Attorney at Law*

---

| 16 COURT ST., 26TH FLOOR<br>BROOKLYN, NY 11241-1026 | WWW.NEWYORKCONSUMERATTORNEY.COM<br>E-mail: ahmad@NewYorkConsumerAttorney.com | PHONE: (718) 522-7900<br>FAX: (877) 496-7809 |
|---|---|---|

July 27, 2009

MAGISTRATE JUDGE JAMES ORENSTEIN
225 Cadman Plaza East
Brooklyn, New York 11201

<u>*Via efiling*</u>

Re:  Initial concern regarding procedural issue related to answer.

Docket No. 09-CV-1180 (KAM)(JO), **<u>CHRISTOPHER A. O'CONNOR v. GEMINI ASSET RECOVERIES, INC. and COHEN & SLAMOWITZ, LLP</u>**, Eastern District of New York

Your Honor:

Pursuant to your order [DE 21], I am writing regarding my initial concern regarding a potential procedural problem with the filing of the Answer [DE 8] as to Defendant Gemini Asset Recoveries, Inc. by the law firm of Stallone & Garcia when a notice of appearance was initially filed [DE 5] by a different law firm Milber, Makris, Plousadis & Seiden, LLP and no substitution had yet been approved.

I have discussed the matter a length with opposing counsel and the initial concern has been resolved to my satisfaction. Therefore Plaintiff will not file a motion regarding the issue.

Sincerely,

/s/
Ahmad Keshavarz
Attorney at Law

## CERTIFICATE OF SERVICE

I hereby certify that on this, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karl Zamurs
Garcia & Stallone
Attorneys for Defendants Gemini Asset Recoveries Inc. and Cohen & Slamowitz LLP
One Greenway
135 Pinelawn Road
Melville, NY 11747-3133


Date: Brooklyn, NY
       July 27, 2009
        /s/
       Ahmad Keshavarz