*Garcia & Stallone*
ATTORNEYS AND COUNSELLORS AT LAW
2076 DEER PARK AVENUE
DEER PARK, NEW YORK 11729
TEL  (631) 249-6644
FAX  (631) 249-6686
INFO@GARCIASTALLONE.COM

JOSEPH F. GARCIA*
JOSEPH A. STALLONE
KARL ZAMURS
JOSEPH T. GARCIA
RAYMOND A. CORLETO

ERIC N. BAILEY

*ADMITTED IN FLORIDA

OF COUNSEL
ROBERT T. SYLVAN

January 15, 2010

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attention:  Magistrate James Orenstein

           *Re:*    *Docket No. 09-CV-1180 (KAMO) (JO)*
                   *O'Connor v. Gemini Asset Recoveries, Inc., et ano*

Honorable Sir:

      This request is made concerning the settlement conference ordered by the Court on January 19, 2010.

      The undersigned as well as our clients will be in attendance. However, the insurance policy of Cohen & Slamowitz, LLP has a $20,000 deductible. All other proceeds towards settlement would be coming from the policy of insurance issued by Travelers. Michael Spinelli, the claim representative for Travelers, will be before Judge Robert Patterson in the United States District Court, for the Southern District on a matter entitled Goetz v. Hirshman. That matter is on for trial and is expected to last approximately two weeks. Mr. Spinelli will not be able to have his cell phone during the trial. Request is hereby made that Mr. Spinelli be excused from the conference or the conference be adjourned for a period of two weeks in order to have Mr. Spinelli present at the conference.

      The undersigned has attempted to confer with the attorney for the plaintiff concerning this request but he has not returned my telephone call.

      Thank you for your consideration with respect to this matter.

Respectfully yours,

KARL ZAMURS (0728)

KZ/zmb